# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-2197
_____

Michael W. Blodgett

*Plaintiff - Appellant*

v.

Jon Hanson; Tony Krall; The Trustees of Zuhrah Shrine; John and Jane Does
1-10; Court 53 Royal Order of Jesters

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: May 20, 2014
Filed: May 23, 2014
[Unpublished]

_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Michael W. Blodgett appeals from an order of the District Court[1] dismissing his Racketeer Influenced and Corrupt Organizations Acts suit under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Upon careful <u>de novo</u> review, we find that the Rule 12(b)(6) dismissal was proper, <u>see</u> <u>Dubinsky v. Mermart, LLC</u>, 595 F.3d 812, 815–16 (8th Cir. 2010); that there was no abuse of discretion in the denial of reconsideration, <u>see</u> <u>United States v. Metro. St. Louis Sewer Dist.</u>, 440 F.3d 930, 933 (8th Cir. 2006); and that there was no abuse of discretion in the imposition of sanctions, either under the District Court's inherent authority, <u>see</u> <u>Bass v. Gen. Motors Corp.</u>, 150 F.3d 842, 851 (8th Cir. 1998), or under Rule 11, <u>see</u> <u>Clark v. United Parcel Serv., Inc.</u>, 460 F.3d 1004, 1008 (8th Cir. 2006), <u>cert. denied</u>, 549 U.S. 1340 (2007). Accordingly, we affirm the judgment of the District Court. <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.